880

No. 341. HIRSCH LUMBER Co. *v.* WEYERHAEUSER STEAMSHIP Co. C. A. 2d Cir. Certiorari denied. *Isidor Enselman* for petitioner. *William G. Symmers* and *Frederick Fish* for respondent.

No. 344. COMPANIA DE VAPORES INSCO, S. A., ET AL. *v.* MISSOURI PACIFIC RAILROAD Co. ET AL. C. A. 5th Cir. Certiorari denied. *Walter Carroll* for petitioners. *Murray F. Cleveland* and *Kalford K. Miazza* for respondents.

No. 345. SILVER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Irving Spieler, Samuel Mezansky* and *Daniel H. Greenberg* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle Cappello* for the United States.

No. 349. HANF *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *J. M. George* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 6, Misc. McGRATH ET UX. *v.* DeLEAR, TRUSTEE. C. A. 3d Cir. Certiorari denied. Petitioners *pro se. Daniel F. DeLear, pro se.*

No. 112, Misc. GRANDSINGER *v.* NEBRASKA. Supreme Court of Nebraska. Certiorari denied. *Eugene D. O'Sullivan, Sr., James A. Lake, Sr., Arthur Lazarus, Jr.* and *Richard Schifter* for petitioner. *Clarence S. Beck,* Attorney General of Nebraska, and *Robert A. Nelson,* Assistant Attorney General, for respondent.